NO. 07-04-0305-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 3, 2004

______________________________

EDWARD L. MARTINEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-405,843; HONORABLE CECIL G. PURYEAR, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

CONCURRING OPINION

I fully concur with the Court’s decision to abate the appeal and remand this case to the trial court for determination of the matters set out in the Court’s opinion.  For the reasons discussed in opinions such as the First Court of Appeals’ order in 
Cormier v. State
, 85 S.W.3d 496 (Tex.App.–Houston [1
st
 Dist.] 2002, no pet.), however, I continue to be of the opinion that a Texas criminal defendant does not have a right or entitlement to represent himself on appeal.

James T. Campbell

        Justice

Publish.